UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 11-126 (FSH) |
| HENRY J. BROWN | : | <u>CONTINUANCE ORDER</u> |

    This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Gurbir S. Grewal, Assistant U.S. Attorney), and defendant Henry J. Brown (by Chester Keller, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and no continuances having been previously granted on the Superseding Indictment, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

ORDERED that the period from the date of this Order through and including June 27, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Faith S. Hochberg
United States District Judge

Form and entry
consented to:

Gurbir S. Grewal
Assistant U.S. Attorney

Chester Keller
Counsel for defendant Henry J. Brown